# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00759-CV

### In re Carol Gino

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

### M E M O R A N D U M   O P I N I O N

Relator filed a petition for writ of mandamus, complaining of the trial court's refusal to order the parties to mediation. *See* Tex. R. App. P. 52.8. Having reviewed the petition, record, and response, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   January 10, 2013